**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| JACKIE E. LEWIS, SR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13cv36 |
| | ) | |
| ASSET ACCEPTANCE, LLC | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

Plaintiff, by counsel, hereby notifies this Honorable Court that he has resolved his claims against Defendant Asset Acceptance, LLC, and a dismissal order with respect to this matter will be tendered to the Court for its consideration shortly.

Respectfully submitted,
**JACKIE E. LEWIS, SR.**


By_____/s/_____
Of Counsel

Janelle E. Mason, VSB No. 82389
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA  22314
Telephone:     (703) 273-7770
Facsimile:     (888) 892-3512
janelle@clalegal.com

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 15th day of February, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

David N. Anthony
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:     (804) 697-5410
Facsimile:      (804) 697-5118
david.anthony@troutmansanders.com

Virginia B. Flynn
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:     (804) 697-1200
Facsimile:      (804) 697-1339
virginia.flynn@troutmansanders.com

*Counsel for the Defendant*

                                                                           /s/
                                        Janelle E. Mason, VSB No. 82389
                                        *Counsel for the Plaintiff*
                                        Consumer Litigation Associates, P.C.
                                        1800 Diagonal Road, Suite 600
                                        Alexandria, VA  22314
                                        Telephone:     (703) 273-7770
                                        Facsimile:      (888) 892-3512
                                        janelle@clalegal.com