IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



JACKIE E. LEWIS, SR.,

    Plaintiff,

v.                             Civil Action No. 3:13cv36

ASSET ACCEPTANCE, LLC,

    Defendant.

### DISMISSAL ORDER

THIS DAY CAME the Plaintiff, by counsel, and moved the United States District Court for the Eastern District of Virginia, Richmond Division to dismiss the above-styled civil action with prejudice, as the Plaintiff has resolved his claims against the Defendant. It is hereby ORDERED that civil action 3:13cv36 is DISMISSED with prejudice, and this matter is ENDED.

It is so ORDERED.

                                        /s/
                                Henry E. Hudson
                                United States District Judge

Richmond, Virginia
Date: April 18, 2013



SEEN AND AGREED:

_____
Casey S. Nash, VSB No. 84261
*Counsel for the Plaintiff*
Consumer Litigation Associates, P.C.
1800 Diagonal Road, Suite 600
Alexandria, VA 22314
Tel: 703-273-7770
Fax: 888-892-3512
casey@clalegal.com


SEEN AND AGREED:

_____
David N. Anthony, VSB No. 31696
*Counsel for the Defendant*
Troutman Sanders, LLP
1001 Haxall Point
Richmond, VA 23219
Tel: 804-697-5410
Fax: 804-698-5118
david.anthony@troutmansanders.com